Sackarnd v. Chicago Railways Co., 185 Ill. App. 457.

---

## Bernard Sackarnd, Appellee, v. Chicago Railways Company, Appellant.

### Gen. No. 18,984.  (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. RICHARD S. TUTHILL, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1912. Reversed with finding of facts. Opinion filed March 26, 1914.

### Statement of the Case.

Action by Bernard Sackarnd against Chicago Railways Company to recover for personal injuries inflicted on him as the result of the wagon which he was driving on defendant's tracks being struck by the overhang of a car on another track rounding a curve. From a judgment for plaintiff for one thousand dollars, defendant appeals.

CHARLES L. MAHONY, WILLIAM H. SYMMES and ALFRED B. DAVIS, JR., for appellant; JOHN R. GUILLIAMS and FRANK L. KRIETE, of counsel.

LYNN & BAUMER, for appellee.

MR. PRESIDING JUSTICE FITCH delivered the opinion of the court.

*See **Illinois Notes Digest**, Vols. XI to XV, same topic and section number.

## Abstract of the Decision.

STREET RAILROADS, § 100*—*when driver of vehicle struck by over-hang of car on curve guilty of contributory negligence.* In an action for personal injuries sustained by the driver of a vehicle struck by the overhang of a car rounding a curve, the evidence showed that on the curve in question the clearance between cars using the two tracks varied from six inches upward, depending upon the position of the cars on the curve; that prior to the accident plaintiff was driving in the tracks on the proper side of the street; that to have been struck by the overhang of the car he must have turned on to the space between the two sets of tracks, as a car was approaching in plain view. *Held* plaintiff was guilty of contributory negligence barring recovery.